IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 4 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00419-BNB

RUSSELL RATH,

      Applicant,

v.

JAMES KEITH, Warden, Bent County Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO J. W. SUTHERS,

      Respondents.

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On April 11, 2006, the Court ordered Applicant Russell Rath to show cause within thirty days why the instant habeas corpus action should not be denied for failure to exhaust state remedies as to each of his thirteen claims. On April 20, 2006, Mr. Rath submitted a response to the order to show cause that withdraws his twelfth and thirteenth claims and alleges that he has exhausted state remedies as to each of his eleven remaining claims.

Therefore, the habeas corpus application will not be denied at this time for failure to exhaust state remedies. The April 11, 2006, order directing Mr. Rath to show cause will be discharged. This case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the April 11, 2006, order directing Applicant Russell Rath to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 4th day of May, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-00419-BNB

Russell Rath
Prisoner No. 90938
Bent County Correctional Facility
11560 Road FF.75  – CH 1
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/4/06

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk