IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-00419-WYD

RUSSELL RATH,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO, and
JAMES KEITH, Warden, Bent County Correctional Facility,

    Respondents.

## ORDER

    Applicant Russell Rath is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. He initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state-court convictions.

    On May 25, 2006, Mr. Rath filed a motion titled "Motion for Order to Transcribe and Furnish Non-Transcribed Proceeding." On May 31, 2006, he filed a motion titled "Motion for Leave to Invoke Processes of Discovery and for Appointment of Counsel." On June 1, 2006, he filed a brief in support of his motion for discovery and appointment of counsel. On June 5, 2006, the respondents filed an answer to the habeas corpus application. On June 6, 2006, the respondents filed a response in opposition to the motions Mr. Rath filed on May 25 and 31.

    On June 8, 2006, Mr. Rath filed yet another motion titled "Conditional Motion for

Bail Pending Determination of the Merits." On June 12, 2006, the respondents filed an objection to the motion. On June 13, 2006, Mr. Rath filed his traverse to the respondents' answer. On June 16, 2006, Mr. Rath filed a motion titled "Conditional Motion for Leave to Amend" in response to the respondents' answer. Also on June 16, Mr. Rath filed a reply to the June 6, 2006, response the respondents filed in opposition to the motion titled "Motion for Order to Transcribe and Furnish Non-Transcribed Proceeding" that Mr. Rath filed on May 25, 2006. On June 19, 2006, Mr. Rath filed a reply to the respondents' objections filed on June 12 in response to his June 8 conditional motion for bail.

The motions filed on May 25 and 31, 2006, and on June 8, 2006, will be denied as premature. The "Conditional Motion for Leave to Amend" filed on June 16, 2006, will be treated as an addendum to the traverse filed on June 13, 2006. Mr. Rath will be directed to refrain from papering the court with premature motions in the instant action. If I require any additional information I believe would be helpful in the disposition of this action, I will ask the proper party to provide such information. Accordingly, it is

ORDERED that the motions submitted by Applicant Russell Rath titled "Motion for Order to Transcribe and Furnish Non-Transcribed Proceeding," "Motion for Leave to Invoke Processes of Discovery and for Appointment of Counsel," and "Conditional Motion for Bail Pending Determination of the Merits" and filed respectively on May 25, May 31, and June 8, 2006, are **DENIED AS PREMATURE**. It is

FURTHER ORDERED that the motion titled "Conditional Motion for Leave to Amend" that Mr. Rath filed on June 16, 2006, in response to the respondents' answer is

treated as an addendum to the traverse he filed on June 13, 2006.  It is

FURTHER ORDERED that Mr. Rath is directed to refrain from submitting premature motions to the court in the future in the instant action.

Dated:  June 21, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge