IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-00419-WYD

RUSSELL RATH,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO, and
JAMES KEITH, Warden, Bent County Correctional Facility,

    Respondents.

## ORDER

    This matter is before me on the *ex parte* letter that the applicant Russell Rath submitted to and filed with the court on July 25, 2006.  Mr. Rath is reminded that pursuant to Rule 77.2 of the Local Rules of Practice of this court, all matters to be called to a judicial officer's attention shall be submitted through the clerk of the court, with copies served on all parties or their attorneys.  No party to any proceeding shall send letters directly to a judicial officer.  Mr. Rath will be directed to comply with D.C.COLO.LCivR 77.2 and the remainder of this court's local rules in any future communications he may have with this court.

    In addition, to the extent Mr. Rath is attempting through his *ex parte* letter to move for summary judgment on his fifth claim, the motion will be denied as premature. In my June 21, 2006, Order, I already ordered Mr. Rath to refrain from submitting premature motions to the court in this action.  At that time, I also informed Mr. Rath that

if I require any additional information I believe would be helpful in the disposition of this action, I will ask the proper party to provide such information.  Further disregard by Mr. Rath of this court's local rules or orders may result in sanctions.  Accordingly, it is

ORDERED that the applicant Russell Mr. Rath is directed to comply with D.C.COLO.LCivR 77.2 and the remainder of this court's local rules in any future communications with the court.  It is

FURTHER ORDERED that to the extent Mr. Rath, through his *ex parte* letter filed on July 25, 2006, moves for summary judgment on his fifth claim, the motion is **DENIED AS PREMATURE**.  It is

FURTHER ORDERED that further disregard by Mr. Rath of this court's local rules or orders may result in appropriate sanctions.

Dated:  July 28, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge