FILED
United States Court of Appeals
Tenth Circuit

March 3, 2008

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In Re:

RUSSELL RATH,

    Petitioner.

No. 08-1036
(D.C. No. 1:06-CV-00419-WYD)
(D. Colo.)

---

ORDER

---

Before **KELLY**, **EBEL**, and **BRISCOE**, Circuit Judges.

---

Russell Rath has filed a petition for a writ of mandamus to compel the United States District Court for the District of Colorado to decide his 28 U.S.C. § 2254 petition in case No. 06-cv-0419. Petitioner filed his habeas petition in March 2006 and it was at issue as of June 5, 2006. The district court has taken no action since July 28, 2006.

"[T]he remedy of mandamus is a drastic one, to be invoked only in extraordinary situations." *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 34 (1980). "For mandamus to issue, there must be a clear right to the relief sought, a plainly defined and peremptory duty on the part of respondent to do the action in question, and no other adequate remedy available." *Johnson v. Rogers*, 917 F.2d 1283, 1285 (10th Cir. 1990).

In *Johnson*, we held that a fourteen-month delay in deciding a prisoner's habeas petition for no reason other than docket congestion was impermissible. *Id.* at 1285. We direct the respondent, the Colorado Attorney General to file a response to the mandamus petition within sixty days of the entry of this order. We invite the district court, if it desires, to file a response in the same time-frame. Petitioner's motion for leave to proceed without prepayment of costs or fees is GRANTED.

                                                Entered for the Court

                                                ELISABETH A. SHUMAKER, Clerk