**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 5, 2008**

**Elisabeth A. Shumaker**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

In Re:

RUSSELL RATH,

      Petitioner.

No. 08-1036
(D.C. No. 1:06-CV-00419-WYD)
(D. Colo.)

---

### ORDER

---

Before **KELLY**, **EBEL**, and **BRISCOE**, Circuit Judges.

---

Russell Rath filed a petition for a writ of mandamus directing the district court to take action on his pending habeas application in civil action No. 06-CV-00419-WYD.  On March 3, 2008, we invited the district court to respond to the mandamus petition and on May 1, the district court entered an order denying Mr. Rath's habeas application.  Mr. Rath has now received the relief he sought in his mandamus petition, and the petition is therefore moot.

The petition for writ of mandamus is DISMISSED as moot.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk