IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00419-WYD

RUSSELL RATH,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO, and
JAMES KEITH, Warden, Bent County Correctional Facility,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Daniel, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. He also has filed motions for a certificate of appealability and for the appointment of counsel to represent him on appeal. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. The motion for appointment of counsel will be denied with leave for Applicant to reapply in the United States Court of Appeals for the Tenth Circuit. Accordingly, it is

    ORDERED that the motion for a certificate of appealability is denied. It is

    FURTHER ORDERED that the motion for the appointment of counsel is denied with leave to reapply in the United States Court of Appeals for the Tenth Circuit.

Dated: June 23, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge