**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CIVIL ACTION NO.  06-cv-00419-WYD**

**Russell Rath,**
    **Plaintiff(s),**

**vs.**

**The Attorney General of the State of Colorado, and
James Keith, Warden, Bent County Correctional Facility**
    **Defendant(s).**

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated:  May 19, 2009

    BY THE COURT:

    s/ Wiley Y. Daniel
    Wiley Y. Daniel
    Chief United States District Judge